SUMERA SAJID et al., Respondents, v GLENWOOD HOLDING, LLC, et al., Appellants. [888 NYS2d 915]

We affirm the denial of renewal on the ground that the defendants failed to offer a reasonable justification for failing to present the affidavit of the corporate defendants' principal in their opposition to the plaintiffs' original motion (*see* CPLR 2221 [e]; *Barnett v Smith,* 64 AD3d 669, 670 [2009]; *Reshevsky v United Water N.Y., Inc.,* 46 AD3d 532, 533 [2007]; *St. Claire v Gaskin,* 295 AD2d 336, 337 [2002]). Skelos, J.P., Covello, Santucci, Chambers and Austin, JJ., concur.